UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO LECITONA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONSTAR MORTGAGE, LLC, et al., <br><br> Defendants. | Case No. 15-cv-01099-MEJ <br><br> **ORDER SCHEDULING STATUS CONFERENCE** |

On April 13, 2015, the Court referred this foreclosure-related action to the ADR Department for a telephone conference to assess the case's suitability for mediation or a settlement conference. Based on the report received from the ADR Department, it appears that the parties have outlined a process for resolution of the case. Accordingly, if the parties are unable to resolve this matter informally, the Court shall conduct a status conference on September 10, 2015 at 10:00 a.m. in Courtroom B. The parties shall file a joint status report by September 3, 2015.

**IT IS SO ORDERED.**

Dated: May 14, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge