UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO LECITONA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONSTAR MORTGAGE, LLC, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-01099-MEJ<br><br>**ORDER VACATING STATUS CONFERENCE** |

On May 14, 2015, the Court set this matter for a status conference on September 10, 2015, and ordered the parties to file a joint status report by September 3, 2015. Dkt. No. 19. As no status report has been filed, the Court VACATES the September 10 status conference and ORDERS the parties to file a joint status report by September 15, 2015.

**IT IS SO ORDERED.**

Dated: September 8, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge